FILED

AUG 2 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>             v.<br><br>MARKELL DARRELL DAVIS,<br><br>             Defendant. | CASE NO. 2:14 - MJ - 0 1 9 4   CKD<br><br>**UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT<br><br>SEALED |

## O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 8/22/2014

_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT, ARREST
WARRANT AND [PROPOSED] ORDER SEALING

3