HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARKELL DARRELL DAVIS,<br><br>  Defendant. | No. 14-mj-194 CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:   October 20, 2014<br>Time:   2:00 p.m.<br>Judge:  Hon. Dale A. Drozd |

The parties stipulate and request that the Court continue the preliminary hearing scheduled for October 20, 2014, at 2:00 p.m., before the Honorable Dale A. Drozd, to November 24, 2014, at 2:00 p.m., before the Honorable Allison Claire.

Counsel for Mr. Davis requires time to review discovery with him, and to conduct further investigation. In particular, the parties currently seek discovery regarding a surveillance camera video of the incident alleged in the complaint. Counsel also requires time to continue to discuss a potential pre-indictment resolution of this case with Mr. Davis, and to negotiate with government counsel.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to November 24, 2014.

/ / /

The parties stipulate that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: October 16, 2014                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik_____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender


DATED: October 16, 2014                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for_____
                                       MICHAEL McCOY
                                       Assistant U.S. Attorney


**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to November 24, 2014, at 2:00 p.m., before the Honorable Allison Claire; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial.

Dated: October 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE